5:19-CV-167

# EXHIBIT A

```
RUN DATE: 02/06/2019  Bexar County Centralized Docket System  Pg: 1   PGM: DKB4900P
RUN TIME: 15:08:08                                                    JCL: DKJCASEX
```

## * DOCKET INFORMATION *

```
CAUSE NUM: 2018CI21023
DATE FILED: 11/01/2018      COURT: 407      UNPAID BALANCE:   0.00
TYPE OF DOCKET: EMPLOYMENT-DISCRIMIN
                        *** STYLE ***
        NICHOLAS ESPINOZA
            VS BOYS AND GIRLS CLUBS OF SAN ANTONIO

ACCOUNT TYPE:               ACCOUNT NO:
ACCESS: 0                   STATUS: PENDING
LIST TYPE: C
```

### * LITIGANT INFORMATION *

| SEQ | LAST /FIRST /MIDDLE NAME | LIT. TYPE/ATTORNEY | DATE |
|---|---|---|---|
| 00001 | ESPINOZA NICHOLAS | PLAINTIFF | 11/01/2018 |
|  |  | 00001 RICHARD, DENNIS L |  |
| 00002 | BOYS AND GIRLS CLUBS OF SAN ANTONIO | DEFENDANT | 11/01/2018 |

### * SERVICES INFORMATION *

| SEQ | SERVICE TYPE / DATES | DIST | LITIGANT NAME |
|---|---|---|---|
| 00001 | CITATION CERTIFIED MAIL | 150 |  |
|  | ISS: 01/30/2019  REC:  EXE:  RET: |  |  |

### * ATTORNEY INFORMATION *

| SEQ | DATE FILED | BAR NBR. | NAME | STATUS | DATE |
|---|---|---|---|---|---|
| 00001 | 11/01/2018 | 16842600 | RICHARD, DENNIS L | SELECTED | 11/02/2018 |

### * PROCEEDING INFORMATION *

| SEQ | DATE FILED | REEL | IMAGE | PAGE COUNT |
|---|---|---|---|---|
| 00001 | 11/01/2018 | 0000 | 0000 | 0000 |
|  | DESC: PETITION |  |  |  |
| 00002 | 11/01/2018 | 0000 | 0000 | 0000 |
|  | DESC: CIVIL CASE INFORMATION SHEET |  |  |  |
| 00003 | 01/23/2019 | 0000 | 0000 | 0000 |
|  | DESC: JURY FEE PAID |  |  |  |
| 00004 | 01/23/2019 | 0000 | 0000 | 0000 |
|  | DESC: SERVICE ASSIGNED TO CLERK 3 |  |  |  |
| 00005 | 01/23/2019 | 0000 | 0000 | 0000 |
|  | DESC: REQUEST FOR SERVICE AND PROCES |  |  |  |
|  | WITH JURY DEMAND |  |  |  |

### * TRIAL INFORMATION *

| SEQ | DATE FILED | COURT | SETT. DATE | TIME | ATTY |
|---|---|---|---|---|---|

### * ORDER INFORMATION *

RUN DATE: 02/08/2019 Bexar County Centralized Docket System Pg: 2   PGM: DKB4700P
RUN TIME: 16:08:08                                                   JCL: DKJCASER

SEQ   DATE FILED   JUDGE NAME        VOLUME   PAGE   PAGE CNT   AMOUNT   SOF

                        * B O N D    I N F O R M A T I O N *
SEQ    DATE FILED   PRINCIPAL



CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, MARY ANGIE GARCIA, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY. WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*February 08, 2019*

**MARY ANGIE GARCIA**
**BEXAR COUNTY, TEXAS**

By: _____

JENNIFER VALENCIA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERK'S ORIGINAL SIGNATURE.)*

FILED
11/1/2018 3:12 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Maria Jackson

CAUSE NO. **2018CI21023**

| | | |
|---|---|---|
| NICHOLAS ESPINOZA | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | **407th** JUDICIAL DISTRICT |
| | § | |
| BOYS AND GIRLS CLUBS | § | |
| OF SAN ANTONIO | § | BEXAR COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURES

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES**, NICHOLAS ESPINOZA, (hereinafter referred to as Plaintiff or "Espinoza"), complaining of and about BOYS AND GIRLS CLUBS OF SAN ANTONIO, (hereinafter referred to as Defendant or "Boys and Girls Clubs", and for cause of action will show unto the Court as follows:

## I.
## PARTIES AND SERVICE

1. Plaintiff, Nicholas Espinoza, is a citizen of the United States and the State of Texas and resides in San Antonio, Bexar County, Texas.

2. Defendant, Boys and Girls Clubs of San Antonio, is a Non-Profit Corporation within the State of Texas and conducting business in San Antonio, Bexar County, Texas.

3. Defendant, Boys and Girls Clubs of San Antonio, may be served with process by delivering a copy of Plaintiff's Original Petition to Angie Mock, Chief Executive Officer of Boys and Girls Clubs of San Antonio, via certified mail return receipt requested at 600 SW 19th Street, San Antonio TX 78207.

II.

1

## JURISDICTION AND VENUE

4. This Court has jurisdiction of this action, as this case arises under the Texas Labor Code Sections 21.051 and 21.055 and damages are within the jurisdictional limit of this court and will continue to increase as this case proceeds to trial. Moreover, venue is proper in Bexar County, Texas, pursuant to the Texas Civil Practice and Remedies Code § 15.002, as all or a substantial part of the events or omissions giving rise to this claim occurred in this county.

## III.
## NATURE OF ACTION

5. This is an action brought pursuant to Texas Labor Code Section 21.051, Section 21.055 and 31 U.S.C. Sectilon 3730(h)(1) to correct and recover for Defendant's unlawful employment practices on the basis of Plaintiff's sex and retaliation for Plaintiff opposing discrimination based upon Plaintiff's sex and for opposing a false claims act against the United States Government.

## IV.
## CONDITIONS PRECEDENT

6. All conditions precedent to jurisdiction have occurred with regard to exhaustion of administrative remedies provided under the relevant statutory administrative scheme.

## V.
## FACTS

7. Krystal Villarreal admitted to an illicit sexual affair with a former Army Youth Professionals in Your Neighborhood (AYPYN) employee that included having sexual intercourse at the facilities and in the rooms designated for the student program funded by the Department of Defense (DOD) program called AYPYN. Espinoza revealed conduct

by Villarreal that amounted to "fake rosters" and "false applications" constituting violations of the False Claims Act. Through the conduct of Manager Villarreal, the Boys and Girls Clubs of San Antonio: 1) knowingly presented or caused to be presented a false or fraudulent claim for payment or approval by the Government; 2) knowingly made, used or caused to be made or used, a false record or statement material to a false or fraudulent claim; and 3) knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property from the Government, or knowingly concealed or knowingly and improperly increased an obligation to pay or transmit money or property from the Government to the Boys and Girls Clubs of San Antonio. It is believed that Villarreal hired relatives for the AYPYN program and these relatives participated in preparing these fake rosters and false applications. Espinoza made the Boys and Girls Clubs aware that Villarreal and her relative employees were falsifying their time spent working under the AYPYN program.

8. Espinoza was subjected to different terms and conditions of employment than those afforded to manager Villareal and this differential treatment amounted to sex discrimination. It was alleged that Plaintiff was terminated for failing to place an inspection sticker on a vehicle. A female co-worker forgot to place a sticker on a vehicle and she was promoted to a Director position. The reasons given for Plaintiff's termination were pretext for the real reasons, opposing false claims act violations and opposing sex discrimination.

## VI.
## SEX DISCRIMINATION
## UNDER § 21.051 OF THE TEXAS LABOR CODE AND RETALIATION FOR OPPOSING SEX DISCRIMINATION UNDER SECTION 21.055

3

9. Plaintiff incorporates by reference the allegations contained in paragraphs 1-8 as if fully rewritten herein.

10. Defendant intentionally engaged in unlawful employment practices against Plaintiff on the basis of his sex in violation of Section 21.051 et seq., of the Texas Labor Code.

11. Defendant discriminated against Plaintiff in connection with the compensation, terms, conditions and privileges of employment or limited, segregated or classified Plaintiff in a manner that would deprive or tend to deprive him of an employment opportunity or adversely affect his status because of Plaintiff's sex in violation of Section 21.051 et seq., of the Texas Labor Code.

12. Defendant discriminated against Plaintiff by subjecting him to an adverse employment decision based on her sex.

13. Defendant intentionally retaliated against Plaintiff and engaged in an unlawful employment practice against Plaintiff because he opposed sex discrimination in violation of Section 20.055 of the Texas Labor Code.

## VII.
## RETALIATION UNDER THE FALSE CLAIMS ACT

14. The False Claims Act Anti-Retaliation Provision is as follows: "Any employee, contractor, or agent shall be entitled to all relief necessary to make that employee, contractor, or agent whole, if that employee, contractor, or agent is discharged, demoted, suspended, threatened, harassed, or in any other manner discriminated against in the terms and conditions of employment because of lawful acts done by the employee, contractor, or agent or associated others in furtherance of an action under this section or **other efforts to stop 1 or more violations of this subchapter**".

4

Espinoza clearly objected to the fake rosters and false applications constituting false reporting to the Government. Opposition to the conduct of Villareal, in violation of the FCA, and Plaintiff's efforts to stop violations the FCA were proximate causes of his termination.

## VIII.
## DAMAGES

15. Plaintiff sustained the following damages as a result of the actions and/or omissions of Defendant described hereinabove:

   a. Compensatory Damages (including emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-economic damages) allowed under the Texas Labor Code.

   b. Economic damages in the form of lost back pay from the date of him being subjected to an adverse employment decision;

   c. Front pay in an amount the Court deems equitable and just to make Plaintiff whole;

   d. Exemplary damages and liquidated damages for Defendant engaging in unlawful intentional employment practices and engaging in discriminatory and retaliatory practices with reckless indifference to state and federal protected rights of an aggrieved individual, like Plaintiff, Nicholas Espinoza.

   e. Attorney's fees pursuant to the Texas Labor Code and 31 U.S.C. Section 3730 (h)(1).

16. Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff hereby seeks monetary relief over $200,000.00 but less than $1,000,000.00 including costs, expenses, pre- and post-judgment interests, and attorney's fees. Plaintiff further requests that the non-expedited rules apply in this case.

## IX.
## JURY DEMAND

17. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## X.
## REQUEST FOR DISCLOSURE

18. Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose within fifty (50) days of the service of this request the information or material described in Texas Rule of Civil Procedure 194.2.

## XI.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Nicholas Espinoza, respectfully prays that Defendant, Boys and Girls Clubs of San Antonio, be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court, together with interest as allowed by law, costs of court, and such other and further relief to which the Plaintiff may be justly entitled at law or in equity.

Respectfully submitted,

_/s/Dennis L. Richard_____
Dennis L. Richard
SBN: 16842600
**LAW OFFICE OF DENNIS L. RICHARD**
14255 Blanco Road
San Antonio, TX 78216
Telephone: (210) 308-6600
Telecopier: (210) 308-6939
dennislrichardlaw@gmail.com

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

6

FILED
11/1/2018 3:12 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Maria Jackson

# CIVIL CASE INFORMATION SHEET

**2018CI21023**

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* **407th**

STYLED Nicholas Espinoza vs Boys and Girls Clubs of San Antonio
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| Name: Dennis L. Richard | Email: dennislrichardlaw@gmail.com | Plaintiff(s)/Petitioner(s): Nicholas Espinoza | Person or entity completing sheet is: ☒ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: _____ |
|---|---|---|---|
| Address: 14255 Blanco Rd. | Telephone: (210) 308-6600 | | Additional Parties in Child Support Case: |
| City/State/Zip: San Antonio, TX 78216 | Fax: (210) 308-6939 | Defendant(s)/Respondent(s): Boys and Girls Clubs of San Antonio | Custodial Parent: _____ Non-Custodial Parent: _____ |
| Signature: /s/Dennis L. Richard | State Bar No: 16842600 | | Presumed Father: _____ |

[Attach additional page as necessary to list all parties]

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
*Debt/Contract*
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract:

*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☐ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract:

**Injury or Damage**
☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability:

☐ Motor Vehicle Accident
☐ Premises
*Product Liability*
☐ Asbestos/Silica
☒ Other Product Liability
  List Product: _____

☐ Other Injury or Damage:

**Real Property**
☐ Eminent Domain/ Condemnation
☐ Partition
☒ Quiet Title
☐ Trespass to Try Title
☐ Other Property:

**Related to Criminal Matters**
☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—Pre-indictment
☐ Other: _____

### Family Law

**Marriage Relationship**
☐ Annulment
☐ Declare Marriage Void
*Divorce*
☒ With Children
☐ No Children

**Other Family Law**
☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other:

**Post-judgment Actions (non-Title IV-D)**
☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**
☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☒ Support Order

**Parent-Child Relationship**
☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental Rights
☐ Other Parent-Child:

**Employment**
☒ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment:

**Other Civil**
☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other: _____

### Tax
☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

### Probate & Mental Health
*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☒ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other: _____

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

CERTIFIED MAIL #70180360000052735674

Case Number: 2018-CI-21023

2018CI21023 S00001

**NICHOLAS ESPINOZA**

**vs.**

**BOYS AND GIRLS CLUBS OF SAN ANTONIO**

(Note: Attached document may contain additional litigants).

**CITATION**

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

**DIRECTED TO:**   BOYS AND GIRLS CLUBS OF SAN ANTONIO

BY SERVING ITS REGISTERED AGENT, ANGIE MOCK, CHIEF EXECUTIVE OFFICER
600 SW 19TH STREET
SAN ANTONIO TX 78207-4610

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION JURY DEMAND, AMD REQUEST FOR DISCLOSURES, a default judgment may be taken against you." Said CITATION with ORIGINAL PETITION JURY DEMAND, AMD REQUEST FOR DISCLOSURES was filed on the 1st day of November, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 30TH DAY OF January A.D., 2019.

DENNIS L RICHARD
ATTORNEY FOR PLAINTIFF
14255 BLANCO RD
SAN ANTONIO, TX 78216

MO 1/30/19

**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Cynthia Gonzales*, Deputy

NICHOLAS ESPINOZA
vs
BOYS AND GIRLS CLUBS OF SAN ANTONIO

**Officer's Return**

Case Number: 2018-CI-21023
Court: 407th Judicial District Court

Came to hand on the 30th day of January 2019, A.D., at 10:30 o'clock A.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20____, by delivering to: _____ at 600 SW 19TH STREET SAN ANTONIO TX 78207-4610 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION JURY DEMAND, AMD REQUEST FOR DISCLOSURES.

Cause of failure to execute this Citation is _____.

**Mary Angie Garcia**
Clerk of the District Courts of
Bexar County, TX
By: *Cynthia Gonzales*, Deputy

FILE COPY (DK003)

DOCUMENT SCANNED AS FILED

FILED
1/23/2019 3:04 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Maria Abilez



**Cause Number:** 2018-CI-21023

**District Court:** 407th

# Donna Kay M<sup>c</sup>Kinney
# Bexar County District Clerk

CITBYCML SAC3

## Request for Process

**Style:** Nicholas Espinoza          **Vs.** Boys and Girls Clubs of San Antonio

Request the following process: (Please check all that Apply)

☒ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
**Name:** Boys and Girls Clubs of San Antonio
**Registered Agent/By Serving:** Angie Mock, Chief Executive Officer of Boys and Girls Clubs of San Antonio
**Address** 600 SW 19th Street, San Antonio TX 78207
**Service Type:** (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☒ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

**2.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

**3.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

**4.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

**Title of Document/Pleading to be Attached to Process:** Plaintiff's Original Petition, Jury Demand, and Request for Disclosures

**Name of Attorney/Pro se:** Dennis L. Richard        **Bar Number:** 16842600
**Address:** 14255 Blanco Rd.                         **Phone Number:** 210-308-6600
San Antonio, TX 78216

Attorney for Plaintiff  x    Defendant _____ Other _____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****