IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

5:19-CV-167

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Nicholas Espinoza vs. Boys and Girls Clubs of San Antonio, Cause No. 2018CI21023, 407th Judicial District, Bexar County, Texas

2. Was jury demand made in State Court?   Yes [x]   No [ ]

   If yes, by which party and on what date?

   Plaintiff, Nicholas Espinoza                           November 1, 2018
   Party Name                                             Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Plaintiff: Nicholas Espinoza

   Attorney for Plaintiff: Dennis L. Richard, Law Office of Dennis L. Richard, 14255 Blanco Rd., San Antonio, TX 78216, Telephone: 210-308-6600, Facsimile: 210-308-6939

   Defendant: Boys and Girls Clubs of San Antonio

   Attorney for Defendant: Donna K. McElroy, Elisa B. Reinsmith, Dykema Gossett, PLLC, 112 E. Pecan, Suite 1800, San Antonio, TX 78205, Telephone: 210-554-5500, Facsimile: 210-226-8395

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None

**VERIFICATION:**

Donna K. McElroy  *[signature: Donna K. McElroy w/p RLF]*   February 21, 2019
Attorney for Removing Party                                  Date

Boys and Girls Clubs of San Antonio
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)